**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Grant Daniel Sartain, | ) | Case No. 1:25-cr-103 |
| | ) | |
| Defendant. | ) | |

On May 9, 2025, Defendant made his initial appearance and was arraigned in the above entitled action. Prior to his initial appearance, Defendant was in state custody at the Heart of America Correctional and Treatment Center in Rugby, North Dakota. After the Indictment in this case was returned and an arrest warrant issued, a detainer was filed by the United States with state officials. Pursuant to the Interstate Agreement on Detainers Act ("IADA"), Defendant's appearance before this court for his initial appearance and arraignment was secured by a writ of habeas corpus *ad prosequendum*. (Doc. No. 7).

On May 12, 2025, Defendant filed a waiver of his right to a detention hearing. (Doc. No. 18). That same day the court accepted Defendant's waiver and remanded Defendant to the custody of the Attorney General or her designated representative pending trial. (Doc. No. 19).

On January 28, 2026, the court issued an order temporarily releasing Defendant to the third-party custody of his mother on February 4, 2026, so that he can travel to NEV Psychological Consulting in Bismarck for a mental health evaluation. (Doc. No. 34). As Defendant's was taken into federal custody pursuant to a writ of habeas corpus *ad prosequendum*, he will be returned to state custody upon his release absent an arrangement/accommodation by state authorities. The court

1

has been informed that Defendant has been unable to make the necessary arrangements with state

officials that will permit him to report to his scheduled evaluation upon release from federal custody

on February 4, 2026. Consequently, the court **VACATES** its January 28, 2026, order temporarily

releasing Defendant on February 4, 2026.

**IT IS SO ORDERED.**

Dated this 3rd day of February, 2026.

_/s/ Clare R. Hochhalter_
Clare R. Hochhalter, Magistrate Judge
United States District Court